FEBRUARY 5, 1914.

*Glass slabs.*—Bache & Co. *v.* United States (1270).

FEBRUARY 11, 1914.

*Ornamental leaves.*—Bayersdorfer & Co. *v.* United States (1235); Reed & Keller *v.* United States (1238).

FEBRUARY 18, 1914.

*Reliquidation.*—United States *v.* Straus & Son (1033).
*Artificial flowers.*—United States *v.* Importing & Manufacturing Co. (947); United States *v.* Carson (945).

MARCH 13, 1914.

*Fish.*—United States *v.* Marks & Co. (1199).

MARCH 20, 1914.

*Ornamental leaves, except as to aigrette stipa grass.*—Rice & Co. *v.* United States (1193).

MARCH 30, 1914.

*Pumice stone.*—Waddell *v.* United States (1218).

APRIL 1, 1914.

*Tam O'Shanter stones.*—Waddell *v.* United States (1283).

MAY 7, 1914.

*Reappraisement—Samples.*—Kenworthy's Sons *v.* United States (1312); Oelrichs *v.* United States (1311).

MAY 12, 1914.

*Fish in tins.*—United States *v.* Bush & Co. (1304); United States *v.* Barham (1305); United States *v.* Shallus (1306); United States *v.* Masson (1307); United States *v.* Moos & Co. (1325).

JUNE 1, 1914.

*Lever lace trimmed cotton underwear.*—Hirshbach & Smith *v.* United States (1318).

---

**REVERSED.**

NOVEMBER 15, 1913.
*Seger cones.*—United States *v.* Hensel (1226); United States *v.* Eimer (1267).

NOVEMBER 22, 1913.

*Cloth balls.*—Kraemer *v.* United States (1268).

FEBRUARY 17, 1914.

*Straw trimming.*—United States *v.* Theodore Ascher Co. (1291).

FEBRUARY 18, 1914.

*Artificial flowers.*—Downing, Judae & Co. *v.* United States (305, 947); Gage Bros. *v.* United States (304).

FEBRUARY 28, 1914.

*Amor's metal polish.*—Rosenheim *v.* United States (1288).